# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136765 & (10)(11)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JEFFREY DEWIGHT GASKINS,
          Defendant-Appellant.

SC: 136765
COA: 284588
Wayne CC: 06-013495

_____/

On order of the Court, the application for leave to appeal the May 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and for remand to the trial court are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

p1117

_____
Clerk